UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DANILO OGANDO,

                Plaintiff,

-against-

MILWAUKEE ELECTRIC TOOL CORPORATION
and HOME DEPOT, U.S.A., INC.,

                Defendants.

------------------------------------------------------------ X

Civil Action No.
05 CV 3327 (DLI) (CLP)

**CONSENT TO**
**CHANGE COUNSEL**

### IT IS HEREBY STIPULATED AND AGREED THAT

SMITH MAZURE DIRECTOR WILKENS YOUNG & YAGERMAN, P.C. 111 John Street, New York, New York 10038, be substituted for the law firm of D'AMATO & LYNCH, 70 Pine Street, New York, New York 10270, as attorneys of record for defendant HOME DEPOT U.S.A., INC. in the above-captioned action.

Dated: New York, New York
       August 16, 2005

HOME DEPOT U.S.A., INC.

By: _CHARLES NWAGBARA_

D'AMATO & LYNCH

_____
BY: ROBERT D. LANG, ESQ. (RDL4144)

70 Pine Street
New York, New York 10270
(212) 269-0927

SMITH MAZURE DIRECTOR WILKENS
YOUNG & YAGERMAN, P.C.

_____
BY:

111 John Street
New York, New York 10038
(212) 964-7400

SO ORDERED:

_____
U.S.D.J.

Dated Nov. 4, 2005
Brooklyn, NY

#215062v1

2

STATE OF GEORGIA )
): ss:
COUNTY OF COBB )

On the 16th day of August, 2005 before me personally came CHARLES NWIAGBARA, to me known, who stated that he is LITIGATION PARALEGAL of the corporation described herein and which executed the foregoing consent and acknowledged to me that he executed same.

_____
NOTARY PUBLIC
**COMMISSION EXPIRES DEC. 27, 2005**

#215062v1

3